**WALSH PIZZI O'REILLY FALANGA LLP**
140 Broadway, 46th Floor
New York, NY 10005
Phone: 212-380-1043
Fax: 973-757-1090

*Attorneys for Defendants*
*John Maierhoffer and Mustang Marketing Group LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK PACKAGING II, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>JOHN MAIERHOFFER and MUSTANG MARKETING GROUP LLC,<br><br>Defendants. | Case No. 2:23-cv-00825<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that Joseph L. Linares of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendants John Maierhoffer and Mustang Marketing Group, LLC, and requests that service upon Defendants of all papers and notices of all proceedings in the above action be sent to the undersigned electronically by ECF.

**WALSH PIZZI O'REILLY FALANGA LLP**

Dated: February 6, 2023   By:  *s/Joseph L. Linares*
            Joseph L. Linares